# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Cindy Massey-Hickman, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> Carolyn W. Colvin, Commissioner of ) <br> Social Security, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 2:14-1914-RMG <br><br><br><br> **ORDER** |

This matter comes before the Court for judicial review of the final decision of the Commissioner of Social Security denying Plaintiff's application for Disability Insurance Benefits ("DIB") and Supplemental Security Income ("SSI"). In accordance with 28 U.S.C. § 636(b) and Local Rule 73.02, D.S.C., this matter was referred to the United States Magistrate Judge for pretrial handling. The Magistrate Judge issued a Report and Recommendation ("R & R") on July 20, 2015 recommending that the decision of the Commissioner be reversed and remanded to the agency. (Dkt. No. 17). The Magistrate Judge's recommendation is based on the failure of the Administrative Law Judge to adequately explain why "substantial weight" was not given to the prior disability decision of the Veterans Administration and the basis for finding that Nurse Grant was a treating provider. (*Id.* at 7-10). The Commissioner has filed a reply to the R & R indicating that she does not intend to file any objections to the recommendations of the Magistrate Judge. (Dkt. No. 19).

The Court has reviewed the R & R and the record evidence and finds that the Magistrate

Judge has ably addressed the factual and legal issues in this matter and correctly concluded that the decision of the Commissioner should be reversed and remanded. Therefore, the Court **ADOPTS** the Report and Recommendation as the order of this Court (Dkt.. No. 17), **REVERSES** the decision of the Commissioner pursuant to Sentence Four of 42 U.S.C. § 405(g), and **REMANDS** the matter to the Commissioner for further proceedings consistent with this order.

AND IT IS SO ORDERED.

_____
Richard Mark Gergel
United States District Judge

Charleston, South Carolina
August 6, 2015